IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES | Case No. **1:21-cv-01776** |
| Plaintiff, | Judge: |
| v. | |
| CASE WESTERN RESERVE UNIVERSITY, ET AL | AFFIDAVIT OF [REDACTED]. |
| Defendants | |

1. I am a medical student at the Case Western Reserve University School of Medicine. I am a classmate of John Noakes. (I am using his pseudonym to avoid further embarrassment and damage to his reputation). As a student, I am requesting that counsel redact my name before filing because I fear retaliation and harassment by both administrators at CWRU and fellow students.

2. I am aware that CWRU officials, because of prior complaints from students about how the school responds to allegations of sexual misconduct on campus, try very hard to "believe victims." I am also aware that CWRU officials have taken efforts to limit criticism of the CWRU Title IX process, even going so far as urging students to report Instagram posts critical of the CWRU Title IX process as "abusive." I agree that we should strive to "believe victims." But I also believe that CWRU must respect the result of the Title IX process.

3. I am familiar with the situation involving John Noakes. I also know that many students and administrators were upset when they learned that John Noakes had been found "not responsible" in the CWRU Title IX process. These students and administrators have engaged in a retaliatory campaign of intimidation and harassment against John Noakes as a result. John Noakes has been excluded from important calls, projects, meetings, and communications. This retaliatory campaign

has had the effect of chilling students' speech on campus – other medical students are afraid to speak out about how CWRU handles Title IX matters.

4. I am familiar with the fact that John Noakes was subjected to investigations and disciplinary action by the Medical School's Committee on Students ("COS") because after he was cleared of charges, he posted the following on a GroupMe group chat used by the Medical School: "All glory and honor to the Most High, who is my refuge and fortress. That's all, thanks." He also changed his name on the GroupMe group chat to "[John Noakes] (1-0)." I have seen worse comments and actions from students go by without any mention by the COS. I believe that this process was pretextual – it was aimed at finding another way to punish John Noakes in order to appease his accuser and other certain vocal students at the Medical School.

5. I have learned that CWRU administrators told John Noakes to "watch himself," tried to coerce him to take a year off, and threatened to discipline him if he pursued Title IX complaints against fellow students or retaliation complaints against administrators. I, along with other students, interpret statements such as "You're digging yourself a hole, honey" and "I can't protect you" from CWRU faculty and administrators as threats.

6. Medical students are not willing to risk a review by the COS because such a review can have a significant adverse impact on the career of a medical student, including damaging a student's chances to obtain a residency through the match program following medical school. The threat of being forced to appear before the COS is likely to deter other CWRU students from complaining about the CWRU Title IX process, defending themselves in a Title IX process, or challenging retaliatory actions.

Pursuant to 28 U..S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September 2021.

_____
[REDACTED]

.

6. Medical students are not willing to risk a review by the COS because such a review can have a significant adverse impact on the career of a medical student, including damaging a student's chances to obtain a residency through the match program following medical school. The threat of being forced to appear before the COS is likely to deter other CWRU students from complaining about the CWRU Title IX process, defending themselves in a Title IX process, or challenging retaliatory actions.

Pursuant to 28 U..S. Code § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September 2021.


[REDACTED]

.

3