IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES<br><br>Plaintiff<br><br>v.<br><br>CASE WESTERN RESERVE UNIVERSITY,<br><br>Defendant | Case No.  1:21-cv-01776<br><br>Judge:<br><br>ENTRY RE:<br><br>MOTION FOR EXPEDITED DISCOVERY |

    This matter came before the Court on Plaintiff's Motion for Leave to Conduct Limited Expedited Discovery in anticipation of a hearing on the Motion for a Preliminary Injunction.

    For good cause shown, the Motion will be GRANTED.  The Court finds that limited initial discovery because such discovery may assist the Courts in judging the parties' interests and respective chances for success on the merits at a hearing.

    Defendant shall, within seven days of this Entry, produce the following to the Plaintiff: (i) all documents concerning allegations of any type of misconduct by John Noakes from April 15, 2021 to the present; (ii) all documents concerning complaints by John Noakes of sexual harassment or retaliation or from April 15, 2021 to the present; and (iii) all communications concerning John Noakes from April 15, 2021 to the present among or between any CWRU administrators identified in the Complaint (whether by email, text, or other means).

    The parties shall be permitted to take no more than four depositions.  The depositions may occur by video conference at the request of any party.  The depositions shall be limited to issues presented in the Motion for Preliminary Injunction and shall not preclude a deposition of the same witness during discovery.

1

2

All documents containing educational records protected from disclosure by FERPA shall be maintained as confidential by the parties; the parties shall submit a joint proposed protective order for the Court's consideration within fourteen days of this Entry.

SO ORDERED.

_____
JUDGE
UNITED STATES DISTRICT COURT