IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES<br><br>Plaintiff<br><br>v.<br><br>CASE WESTERN RESERVE UNIVERSITY,<br><br>Defendant | Case No. 1:21-cv-01776<br><br>Judge: BARKER<br><br>CERTIFICATE OF SERVICE |

Counsel for Plaintiff hereby certifies that the following were served by overnight delivery to Defendants and by email to the General Counsel for Defendants (Peter M. Poulos, peter.poulos@case.edu):

- Complaint and Exhibits

- Motion for Preliminary Injunction and Affidavits

- Motion for Expedited Discovery and Proposed Order

- Motion for Leave to Proceed Anonymously

Defendants were served at the following address:

CASE WESTERN RESERVE UNIVERSITY,
9501 Euclid Ave
Cleveland, OH 44106

CASE WESTERN RESERVE UNIVERSITY SCHOOL OF MEDICINE
10900 Euclid Ave
Cleveland, OH 44106

Receipts showing proof of service are set forth here:

1

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z231VA80196598727

**Weight**

2.50 LBS

**Service**

UPS Next Day Air®

**Shipped / Billed On**

09/15/2021

**Delivered On**

09/16/2021 10:21 A.M.

**Delivered To**

10900 EUCLID AVE
BRB113
CLEVELAND, OH, 44106, US

**Received By**

GERSON

**Left At**

Inside Delivery

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 09/16/2021 12:07 P.M. EST

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z231VA80190869794

**Weight**

2.50 LBS

**Service**

UPS Next Day Air®

**Shipped / Billed On**

09/15/2021

**Delivered On**

09/16/2021 10:27 A.M.

**Delivered To**

9501 EUCLID AVE
CLEVELAND, OH, 44106, US

**Received By**

DOCK

**Left At**

Dock

Thank you for giving us this opportunity to serve you. Details are only available for shipments delivered within the last 120 days. Please print for your records if you require this information after 120 days.

Sincerely,

UPS

Tracking results provided by UPS: 09/16/2021 12:06 P.M. EST

Respectfully submitted,

 /s/ Joshua Engel
Joshua Adam Engel (OH 0075769)
Anne Tamashasky (OH 0064393)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been electronically served via email on General Counsel for Defendants (Peter M. Poulos, peter.poulos@case.edu) this September 15, 2021.

    /s/ Joshua Adam Engel
Joshua Adam Engel (0075769)