AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-01776

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* STan Gerson MD InTerim Dean CWRU School of Medicine
was received by me on *(date)* 9/21/2021 .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Darlena Dillard (office of general counsel) who is
designated by law to accept service of process on behalf of *(name of organization)* CWRU
_____ on *(date)* 9/22/2021 ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 9/22/2021

Gary Wolsk
*Server's signature*

Gary Wolsko
*Printed name and title*

17107 Andreas Dr. Walton Hilk Ohio 44146
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-01776

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Case Western Reserve Univ. c/o Peter Poules

was received by me on *(date)* 9-21-2021 .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Darlena Dillard , who is

designated by law to accept service of process on behalf of *(name of organization)* CWRU

_____ on *(date)* 9/22/2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 22.40 for travel and $ 75.00 for services, for a total of $ 97.40 .

I declare under penalty of perjury that this information is true.

Date: 9/22/2021

_____
*Server's signature*

Gary Wolske
*Printed name and title*

17107 Andres Dr. Walton Hills Oh. 44146
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset