IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN NOAKES, | Case No. 1:21-cv-01776 |
| Plaintiff, | Judge Pamela A. Barker |
| v. | **DEFENDANT'S UNOPPOSED MOTION FOR A ONE-DAY EXTENSION OF TIME TO SUBMIT ITS OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |
| CASE WESTERN RESERVE UNIVERSITY, *et al.*, | |
| Defendants. | |

Defendant Case Western Reserve University ("CWRU" or "Defendant" or the "University")[1] respectfully requests a one-day extension of time, to and including the end of business on September 24, 2021, to file its brief in opposition to Plaintiff's Emergency Motion for Temporary Restraining Order.  CWRU requests the additional time to adequately respond to the matters discussed during the status conference held on September 22, 2021.  Should this Court grant this one-day extension, CWRU will maintain the status quo and will not begin the investigation referenced in the September 21, 2021 letter for an additional day, until September 29, 2021.  Prior to filing this Motion, defense counsel spoke with Plaintiff's counsel about the Motion, and Plaintiff does not oppose the requested extension.

---

[1] The Complaint improperly names "Case Western Reserve University School of Medicine" as a defendant. CWRU's School of Medicine is not a separate legal entity. The corporate entity subject to suit is CWRU and, therefore, no response or filing on behalf of "Case Western Reserve University School of Medicine" is necessary or appropriate.

1

Respectfully submitted,

*/s/ Amanda T. Quan*
John Gerak (#0075431)
Amanda T. Quan (#0086623)
Alexandria A. Gardella (#0100000)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
127 Public Square
4100 Key Tower
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
john.gerak@ogletree.com
amanda.quan@ogletree.com
alexandria.gardella@ogletree.com

*Attorneys for Defendant Case Western Reserve University*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2021 a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Amanda T. Quan*
*One of the Attorneys for Defendant*

48672296.1