# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN NOAKES, | ) | Case No. 1:21-cv-01776 |
| | ) | |
| Plaintiff, | ) | Judge Pamela A. Barker |
| | ) | |
| v. | ) | **DECLARATION OF DR. STEVEN** |
| | ) | **RICANATI** |
| CASE WESTERN RESERVE UNIVERSITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Dr. Steven Ricanati, of full age, declares as follows:

1.  I am currently employed by Case Western Reserve University ("CWRU" or the "University") as the Associate Dean in the Office of Student Affairs, Dean of the Wearn Society, and Associate Professor within the Department of Medicine within CWRU's School of Medicine. I have served as Associate Dean in the Office of Student Affairs since 2017.

2.  I am over 21 years of age and have personal knowledge of the facts and other information set forth in this Declaration based upon my employment in the roles of Associate Dean in the Office of Student Affairs, Dean of the Wearn Society, and Professor within the Department of Medicine within CWRU's School of Medicine and/or my review of relevant records kept in the normal course of business.

3.  I only had two limited interactions with ▮▮▮▮▮▮▮▮▮▮▮ (referred to in this Declaration as "John Noakes" or "Mr. Noakes" or "Plaintiff") as an advisor.

4.  I never threatened Mr. Noakes with disciplinary action or disciplinary proceedings.

5.  In or around April 2021, the School of Medicine received numerous Early Concerns regarding Mr. Noakes' GroupMe activities following the outcome of a Title IX matter that the

1

Office of Equity was handling. As the advisor, I explained the Early Concerns Reporting process to Mr. Noakes, as outlined in CWRU's School of Medicine Student Handbook.

6. I never threatened to discipline Mr. Noakes because of his involvement in any Title IX matter or because he intended to or actually did file a Title IX complaint with the Office of Equity.

7. In or around early 2021, several medical students were referred to the Professionalism Working Group due to social media posts, social media activities, or electronic communications. As such, I was working with Dr. Lia Logio on a correspondence to the School of Medicine regarding professional and appropriate uses of electronic forms of communication. When the School of Medicine received numerous Early Concerns about Mr. Noakes' GroupMe activities in April 2021, Dr. Logio and I felt it was time to finalize and send the draft we had been working on. On April 16, 2021, our Administrator Director sent out the correspondence, a true and accurate copy of which is attached as Exhibit 1.

8. I have no role or involvement in the Office of Equity investigations into Title IX complaints.

9. I am not a voting member of the Professionalism Working Group.

10. I am not a voting member of the Committee on Students.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 6, 2021

*[signature]*

STEVEN RICANATI

48828201.1

48829874.1

---------- Forwarded message ---------
From: **Molly Simmons** <mag167@case.edu>
Date: Fri, Apr 16, 2021 at 6:54 PM
Subject: [medicaleducation] [som-admin-notes-classof24] Civil & Professional Communication Standards
To: Med School Administrative Notes Class of 2024 <som-admin-notes-classof24@case.edu>, Med School Administrative Notes Class of 2023 <som-admin-notes-classof23@case.edu>, Med School Administrative Notes Class of 2022 <som-admin-notes-classof22@case.edu>, Med School Administrative Notes Class of 2021 <som-admin-notes-classof21@case.edu>, MSTP Students <mstp-students@case.edu>, CCF Lerner College of Medicine Class of 2021 <cclcm-classof21@case.edu>, <cclcm-classof22@case.edu>, CCF Lerner College of Medicine Class of 2023 <cclcm-classof23@case.edu>, CCF Lerner College of Medicine Class of 2024 <cclcm-classof24@case.edu>, CCF Lerner College of Medicine Class of 2025 <cclcm-classof25@case.edu>

Re: Civility Always - including on electronic forums

Dear students,

The School of Medicine administration wants to affirm that electronic forms of communication must be used in a way that respects others and builds community. Civil discourse is expected.

In this time of remote learning, we have become dependent on these tools to build connections with one another. We seek to be explicit about the expectations in these forms of communications.

The following are unprofessional:

    1) Racist, sexist, ethnophobic references
    2) Disclosure of another person's private information
    3) Gloating over the misfortune of others
    4) Language that is meant to bully or intimidate
    5) Inflammatory or accusatory statements

We are sending this message to reiterate that your words have consequences. We must commit ourselves to civil discussion and disagreement that is respectful and kind at all times.

These are expectations of our profession and of our school.

EXHIBIT 1

Sincerely,

School of Medicine leadership team


--
Molly Simmons
Administrative Director
Office of Student Affairs
CWRU School of Medicine
Samson Pavilion, Room 413F
10900 Euclid Avenue
Cleveland, OH 44106-7508
Phone: 216.368.2831
Fax: 216.368.0564
Web: case.edu/medicine/students/student-affairs

**CHECK OUT OUR STUDENT COVID-19 RESOURCE WEBSITE**

Like the Society Deans on Facebook

Planning for Residency? …..…...…….....…....
--
Office of the Vice Dean for Medical Education
10900 Euclid Avenue
Sears Tower, Room T-202
Cleveland, OH 44106-4962
216.368.1948
medicaleducation@case.edu

EXHIBIT 1