IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES<br><br>Plaintiff<br><br>v.<br><br>CASE WESTERN RESERVE UNIVERSITY,<br><br>Defendant | Case No. 1:21-cv-1776-PAB<br><br>Judge: BARKER<br><br>STIPULATION OF DISMISSAL OF CWRU MEDICAL SCHOOL |

      Plaintiff John Noakes and Defendant Case Western Reserve University hereby stipulate and agree that Case Western Reserve University is the real party in interest for the Complaint, that Case Western Reserve University is the proper legal entity that can provide all of the relief sought by Plaintiff in his Complaint, that "Case Western Reserve University School of Medicine" is not a separate legal entity, and that any injunctive relief ordered by the Court involving Case Western Reserve University would also be binding on its School of Medicine.

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in light of the foregoing stipulation, Plaintiff John Noakes and Defendant Case Western Reserve University hereby stipulate to the dismissal of all claims against Case Western Reserve University School of Medicine.

FOR PLAINTIFF:

/s/ Joshua A. Engel
Joshua Adam Engel (0075769)
Anne Tamashasky (0064393)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

FOR DEFENDANT:

/s/ Amanda Quan
John Gerak (#0075431)
Amanda T. Quan (#0086623)
Alexandria A. Gardella (#0100000)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
127 Public Square
4100 Key Tower
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
john.gerak@ogletree.com
amanda.quan@ogletree.com
alexandria.gardella@ogletree.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Courts ECF system this October 8 2021 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel