IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN NOAKES, | ) | Case No. 1:21-cv-01776 |
| | ) | |
| Plaintiff, | ) | Judge Pamela A. Barker |
| | ) | |
| v. | ) | **DEFENDANT'S UNOPPOSED** |
| | ) | **MOTION FOR 14-DAY LEAVE TO** |
| CASE WESTERN RESERVE UNIVERSITY, *et al.*, | ) | **PLEAD** |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant Case Western Reserve University,[1] by and through the undersigned counsel, respectfully requests that this Court grant it an additional fourteen (14) days, up to and including October 27, 2021, to respond to Plaintiff's Complaint.  This Motion is not interposed for purposes of delay, but rather to provide Defendant with adequate time to investigate all of the factual allegations in the Complaint and prepare an appropriate response.  The undersigned counsel discussed this Motion with Plaintiff's counsel, who indicated Plaintiff has no objections to the requested 14-day extension.  Defendant has not requested any prior extensions as it relates to Plaintiff's Complaint.

---

[1] The Complaint improperly names "Case Western Reserve University School of Medicine" as a defendant. On October 8, 2021, Plaintiff dismissed Case Western Reserve University School of Medicine as a party to this action, and, therefore, no response on behalf of Case Western Reserve University School of Medicine is required or appropriate.

1

        Respectfully submitted,

        */s/ Amanda T. Quan*
        John Gerak (#0075431)
        Amanda T. Quan (#0086623)
        Alexandria A. Gardella (#0100000)
        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
        127 Public Square
        4100 Key Tower
        Cleveland, OH 44114
        216.241.6100
        216.357.4733 (FAX)
        john.gerak@ogletree.com
        amanda.quan@ogletree.com
        alexandria.gardella@ogletree.com

        *Attorneys for Defendant Case Western Reserve University*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2021, a copy of the foregoing *Defendant's Unopposed Motion for 14-Day Leave to Plead* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/ Amanda T. Quan*
        *One of the Attorneys for Defendant*

48896304.1