It is so STIPULATED.

s/Pamela A. Barker
PAMELA A. BARKER
U.S. DISTRICT JUDGE
10/19/2021

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES | Case No. 1:21-cv-1776-PAB |
| Plaintiff | Judge: BARKER |
| v. | STIPULATION OF DISMISSAL OF CWRU MEDICAL SCHOOL |
| CASE WESTERN RESERVE UNIVERSITY, | |
| Defendant | |

Plaintiff John Noakes and Defendant Case Western Reserve University hereby stipulate and agree that Case Western Reserve University is the real party in interest for the Complaint, that Case Western Reserve University is the proper legal entity that can provide all of the relief sought by Plaintiff in his Complaint, that "Case Western Reserve University School of Medicine" is not a separate legal entity, and that any injunctive relief ordered by the Court involving Case Western Reserve University would also be binding on its School of Medicine.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in light of the foregoing stipulation, Plaintiff John Noakes and Defendant Case Western Reserve University hereby stipulate to the dismissal of all claims against Case Western Reserve University School of Medicine.