IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN NOAKES, | ) | Case No. 1:21-cv-01776 |
| | ) | |
| Plaintiff, | ) | The Honorable Judge Pamela A. Barker |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT CASE WESTERN** |
| CASE WESTERN RESERVE UNIVERSITY, | ) | **RESERVE UNIVERSITY'S** |
| *et al.* | ) | **CORPORATE DISCLOSURE** |
| | ) | **STATEMENT** |
| Defendants. | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned makes the following disclosure on behalf of Defendant Case Western Reserve University:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes    (X) No

2. Does party have any parent corporations?

    ( ) Yes    (X) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes    (X) No

    If yes, identify all such owners:

Respectfully submitted,

/s/ *Amanda T. Quan*
John Gerak (0075431)
Amanda T. Quan (0086623)
Alexandria A. Gardella (0100000)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Key Tower
127 Public Square, Suite 4100
Cleveland, OH  44114
216-241-6100
216-357-4733 (FAX)
Email:  john.gerak@ogletree.com
         amanda.quan@ogletree.com
         alexandra.gardella@ogletree.com

*Attorneys for Defendant Case Western Reserve University*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27th, 2021, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system, including the following:

Joshua Adam Engel
Anne Tamashasky
Engel and Martin, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
engel@engelandmartin.com

*Attorneys for Plaintiff*

*/s/ Amanda T. Quan*
*One of the Attorneys for Defendant Case Western Reserve University*

49083938.1