IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES<br><br>Plaintiff<br><br>v.<br><br>CASE WESTERN RESERVE UNIVERSITY,<br><br>Defendant | Case No. 1:21-cv-1776-PAB<br><br>Judge: BARKER<br><br>UNOPPOSED MOTION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION |

Plaintiff John Noakes respectfully submits this Motion to Continue the December 20, 2021 hearing on Plaintiff's Motion for Preliminary Injunction. (Doc#2.)

As grounds for this Motion, Plaintiff states:

1. Plaintiff's Counsel is scheduled to be in New York City on December 20, 2021.

2. Counsel for Plaintiff discussed this issue with Counsel for Defendants.

    a. Counsel for Defendants indicated that Defendants do not oppose this Motion.

    b. Counsel for Defendant further indicated that Defendants have agreed to not take certain actions to disturb the *status quo* until the Court has ruled on the Motion for Preliminary Injunction.

3. The parties have worked to find mutually convenient dates to recommend to the Court for a re-scheduled hearing (provided these dates are convenient to the Court):

    December 22, 2021
    December 28, 2021 (morning only)
    January 5, 2022 (afternoon only)
    January 11, 2022
    January 13, 2022

4. Counsel represents that this Motion is not for purposes of delay.

1

***Wherefore***, this Court should continue the December 20, 2021 hearing on Plaintiff's Motion for Preliminary Injunction. (Doc#2.).

        Respectfully submitted,

        _/s/ Joshua Engel_____
        Joshua Adam Engel (OH 0075769)
        Anne Tamashasky (OH 0064393)
        ENGEL AND MARTIN, LLC
        4660 Duke Drive, Ste 101
        Mason, OH 45040
        (513) 445-9600
        (513) 492-8989 (Fax)
        engel@engelandmartin.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Courts ECF system this November 4, 2021 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel