IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

JOHN NOAKES

Plaintiff

v.

CASE WESTERN RESERVE UNIVERSITY,

Defendant

Case No. 1:21-cv-1776-PAB

Judge: BARKER

NOTICE OF FILING OF EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Plaintiff John Noakes respectfully submits this Notice of the Filing of Exhibits in Support of the Plaintiff's Motion for Preliminary Injunction. (Doc#2.)

1. Deposition of Darnell Parker
2. Deposition of Steven Ricanati
3. Deposition of Marjorie Greenfield
4. Deposition of Lia Logio
5. Affidavit of John Noakes
6. Affidavit of Michelle Murphy
7. April 15, 2021 Email
8. April 15, 2021 Emails from Student
9. April 15, 2021 Emails from Student
10. April 16, 2021 Text from Student
11. April 16, 2021 Email
12. April 19, 2021 Retaliation Complaint
13. April 19, 2021 Emails

1

14. April 20, 2021 Email

15. April 21, 2021 Email

16. April 21, 2021 Emails

17. Class Survey

18. Petition

19. April 26, 2021 Email

20. Early Concerns

21. May 15, 2021 Text Messages

22. May 25, 2021 Text Messages

23. May 25, 2021 Email

24. May 26, 2021 Email

25. June 15, 2021 Email

26. August 2, 2021 Emails

27. August 3, 2021 Emails

28. August 15, 2021 Letter

29. August 23, 2021 Letter

30. Transcript of September 7, 2021 Call

31. September 24, 2021 Letter

                                                                                Respectfully submitted,

                                                                                _/s/ Joshua Engel_____
                                                                                Joshua Adam Engel (OH 0075769)
                                                                                Anne Tamashasky (OH 0064393)
                                                                                ENGEL AND MARTIN, LLC
                                                                                4660 Duke Drive, Ste 101
                                                                                Mason, OH 45040
                                                                                (513) 445-9600
                                                                                (513) 492-8989 (Fax)
                                                                                engel@engelandmartin.com

                                                         CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Courts ECF system this December 7, 2021 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel