Message
---

| | |
|---|---|
| From: | Steven Ricanati [sxr18@case.edu] |
| Sent: | 4/15/2021 6:24:14 PM |
| To: | Darnell Parker [dtp29@case.edu] |
| Subject: | Re: Update |
| Attachments: | IMG_3806.jpg |

Darnell,
Thank you for the update. He just posted the attachment on the class groupme and students are furious. They have removed him from the group me.
Please call me
Steve

On Thu, Apr 15, 2021 at 4:20 PM Darnell Parker <dtp29@case.edu> wrote:

Hi Steve,

I wanted to let you know that both students received their outcome letters. The male student was found not responsible by a panel. The Complainant can still appeal

Let me know if you have any questions.

Darnell

--

Darnell T. Parker, Ed.D.
Senior Associate Vice President for Equity
University Title IX/Section 504 Coordinator
Office of Equity

Phone: 216-368-3066
E-mail: darnell.parker@case.edu
Website: http://case.edu/equity/

Pronouns: he | him | his



Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and delete all copies of the original message