Message

| | |
|---|---|
| From: | Steven Ricanati [sxr18@case.edu] |
| Sent: | 4/19/2021 7:55:59 AM |
| To: | Molly Simmons [mag167@case.edu] |
| Subject: | Fwd: Response to today's events within our Class |

Please collect

---------- Forwarded message ---------
From: **Greenfield, Marjorie** <Marjorie.Greenfield@uhhospitals.org>
Date: Thu, Apr 15, 2021 at 9:43 PM
Subject: Re: Response to today's events within our Class
To: Student 7
Cc: Steven Ricanati <Steven.Ricanati@case.edu>


Hi Student 7
We are aware and it is being handled. I appreciate your concerns and will add your voice. Forwarding.

MG

Sent from my iPhone


On Apr 15, 2021, at 9:19 PM, Student 7 wrote:


External E-mail: Careful opening links or attachments.

Dear Dr. Greenfield,

I'm sure I'm not the first one today to bring up the actions of John Noakes. I'd like to add my voice to the large portion of my class who have been appalled by not only his immature and insensitive behavior in the GroupMe this afternoon, but also in regard to the stories that came out several months ago.

I've been in conversation with a handful of classmates about this today, and I feel a responsibility as both an individual community member and a Geiger representative to express myself to you.

I have major concerns about him representing my school, and while I consider myself a understanding person, I don't think it will be easy for me to proudly call him a colleague. He has shown a complete lack of professionalism and character, and I firmly believe the school should take that into consideration.

I'm not sure what the next steps are or what can be done by the administration, but I feel it necessary to translate my opinions and those of my classmates to you.

Sincerely,
Student 7


Student 7
School of Medicine | M.D. Class of 2024