Message

| | |
|---|---|
| **From**: | Jill Azok [jsg7@case.edu] |
| **Sent**: | 4/16/2021 9:55:45 AM |
| **To**: | Steve Ricanati [sxr18@case.edu] |
| **Subject**: | Screenshot 2021-04-16 at 9.54.52 AM |
| **Attachments**: | Screenshot 2021-04-16 at 9.54.52 AM.png; Untitled attachment 00032.txt |

Text from another student, just so you are aware. You can also see my response.

CONFIDENTIAL
CWRU000949



9:54

**Siri found new contact info**
Student 14

Hi Dr. Azok. I was wondering if you'd be able to shed some light on what is going to happen to John Noakes John Noakes It sounds like he's here to stay which I know for a fact makes many people very uncomfortable and upset.

Hi Student 14 I can assure you that the school is aware of this and is acting quickly. Unfortunately, I can't give you any specific information. I know this is a very stressful situation and if you need to talk, please let me know.

CONFIDENTIAL     CWRU000950