---------- Forwarded message ---------
From: **Molly Simmons** <mag167@case.edu>
Date: Fri, Apr 16, 2021 at 6:54 PM
Subject: [medicaleducation] [som-admin-notes-classof24] Civil & Professional Communication Standards
To: Med School Administrative Notes Class of 2024 <som-admin-notes-classof24@case.edu>, Med School Administrative Notes Class of 2023 <som-admin-notes-classof23@case.edu>, Med School Administrative Notes Class of 2022 <som-admin-notes-classof22@case.edu>, Med School Administrative Notes Class of 2021 <som-admin-notes-classof21@case.edu>, MSTP Students <mstp-students@case.edu>, CCF Lerner College of Medicine Class of 2021 <cclcm-classof21@case.edu>, <cclcm-classof22@case.edu>, CCF Lerner College of Medicine Class of 2023 <cclcm-classof23@case.edu>, CCF Lerner College of Medicine Class of 2024 <cclcm-classof24@case.edu>, CCF Lerner College of Medicine Class of 2025 <cclcm-classof25@case.edu>


Re: Civility Always - including on electronic forums

Dear students,

The School of Medicine administration wants to affirm that electronic forms of communication must be used in a way that respects others and builds community. Civil discourse is expected.

In this time of remote learning, we have become dependent on these tools to build connections with one another. We seek to be explicit about the expectations in these forms of communications.

The following are unprofessional:

    1) Racist, sexist, ethnophobic references
    2) Disclosure of another person's private information
    3) Gloating over the misfortune of others
    4) Language that is meant to bully or intimidate
    5) Inflammatory or accusatory statements

We are sending this message to reiterate that your words have consequences. We must commit ourselves to civil discussion and disagreement that is respectful and kind at all times.

These are expectations of our profession and of our school.

Sincerely,

CWRU000134

School of Medicine leadership team

--
Molly Simmons
Administrative Director
Office of Student Affairs
CWRU School of Medicine
Samson Pavilion, Room 413F
10900 Euclid Avenue
Cleveland, OH 44106-7508
Phone: 216.368.2831
Fax: 216.368.0564
Web: case.edu/medicine/students/student-affairs

**CHECK OUT OUR STUDENT COVID-19 RESOURCE WEBSITE**

Like the Society Deans on Facebook

Planning for Residency? https://goo.gl/cbkQ1S
--
Office of the Vice Dean for Medical Education
10900 Euclid Avenue
Sears Tower, Room T-202
Cleveland, OH 44106-4962
216.368.1948
medicaleducation@case.edu

CWRU000135