**From:** Office of Equity <equity@case.edu>
**Date:** April 20, 2021 at 9:43:17 AM EDT
**To:** █████████████████████████
**Cc:** Anne Tamashasky <Tamashasky@engelandmartin.com>
**Subject: Re: Reporting retaliation**

Dear ███████

This email is confirming your submission of a complaint of retaliation. Since the complaint is against me, I have forward the matter to Mr. Robert Solomon, Vice President for Inclusion, Diversity, and Equal Opportunity. Someone from his office will be in touch with you.

Sincerely,
Dr. Parker

On Mon, Apr 19, 2021 at 2:31 PM ███████████████████████████████
> Good afternoon.
>
> I have been been the subject of retaliation from Dr. Parker and Dr. Ricanati. Dr. Parker and Dr. Ricanati have threatened to discipline me for "inappropriate conduct." At the same time, they have refused to investigate statements online against me that are harassing and unprofessional. I believe this has been done because they are unhappy with the result of a school disciplinary hearing and that I have been retaliated against because I participated in a Title IX process.
>
> ████████████████████
> --
> ████████████████
> MD Candidate
> Class of 2024
> CWRU SOM