JOHN NOAKES
Date: Mon, Apr 19, 2021 at 3:39 PM
Subject: Re: Early Concern
To: Steven Ricanati <sxr18@case.edu>

Good afternoon again, Dr. Ricanati!

Since I am represented by Counsel, the Office of General Counsel may not speak with me and is required by the Rules of Professional Responsibility to contact my attorneys. Please also confirm that you will no longer be participating in this matter pending the resolution and investigation of my Title IX retaliation claim.

Thank you kindly,

JOHN NOAKES

On Mon, Apr 19, 2021 at 3:33 PM Steven Ricanati <sxr18@case.edu> wrote:
> Please contact the office of general counsel for assistance.
> SR
>
>> On Mon, Apr 19, 2021 at 3:14 PM JOHN NOAKES wrote:
>>
>>> Good afternoon, Dr. Ricanati.
>>>
>>> Please provide me with a copy of the Early Concern Form.
>>>
>>> Under the Clery Act, I am entitled to be accompanied by an advisor of my choice. My Advisor is Ms. Tamashasky.

> In addition, you should be aware that I have submitted a claim for Title IX retaliation against you related to this matter. Accordingly, I do not believe it is appropriate for you to participate in any manner in this matter. Please advise as to who will be handling this matter going forward.
>
> Stay safe and healthy!
>
> JOHN NOAKES
>
>
> On Mon, Apr 19, 2021 at 2:43 PM Steven Ricanati <sxr18@case.edu> wrote:
>> JOHN NOAKES
>> JOHN NOAKES,
>> In reference to our conversation today. I called to get your perspective on an Early Concern (EC) that was filed relating to comments you posted on Groupme.
>> I would like to discuss these comments with you only. Please call me before 5:30pm today at 216-789-8874.
>> If you choose not to provide your perspective, the Professionalism Working Group (PWG) process will move forward without your initial input.
>> If your attorney has any questions, they may reach out to the office of the general council.
>> The EC and PWG process are described in the student handbook:
>> https://case.edu/medicine/sites/case.edu.medicine/files/2020-07/CWRU%20School%20of%20Medicine%20Student%20Handbook%202020%20FINAL.pdf
>>
>>
>> --
>> Steven Ricanati, MD, FACP
>> Associate Dean for Student Affairs
>> Dean, Joseph Wearn Society
>> Associate Professor of Medicine
>>
>> Case Western Reserve School of Medicine
>> Samson Pavilion RM 419c
>> 10900 Euclid Ave
>> Cleveland, OH 44106-7508
>> Pager 216.207.2284
>>
>> Preferred pronouns: he/him/his
>> Scheduling: societydeans@case.edu, 216-368-3164
>> Director of Operations: Molly Gillahan 216-368-2831
>> Drop-in Office Hours: Mondays 4-5pm, Wednesdays 8:30-9:30am
>> Planning for Residency? https://goo.gl/cbkQ1S
>
> --
> JOHN NOAKES
> *MD Candidate*
> *Class of 2024*
> *CWRU SOM*


--
Steven Ricanati, MD, FACP
Associate Dean for Student Affairs
Dean, Joseph Wearn Society
Associate Professor of Medicine

Case Western Reserve School of Medicine

Samson Pavilion RM 419c
10900 Euclid Ave
Cleveland, OH 44106-7508
Pager 216.207.2284

Preferred pronouns: he/him/his
Scheduling: societydeans@case.edu, 216-368-3164
Director of Operations: Molly Gillahan 216-368-2831
Drop-in Office Hours: Mondays 4-5pm, Wednesdays 8:30-9:30am
Planning for Residency? https://goo.gl/cbkQ1S

--
JOHN NOAKES
*MD Candidate*
*Class of 2024*
*CWRU SOM*


--
Steven Ricanati, MD, FACP
Associate Dean for Student Affairs
Dean, Joseph Wearn Society
Associate Professor of Medicine

Case Western Reserve School of Medicine
Samson Pavilion RM 419c
10900 Euclid Ave
Cleveland, OH 44106-7508
Pager 216.207.2284

Preferred pronouns: he/him/his
Scheduling: societydeans@case.edu, 216-368-3164
Director of Operations: Molly Gillahan 216-368-2831
Drop-in Office Hours: Mondays 4-5pm, Wednesdays 8:30-9:30am
Planning for Residency? https://goo.gl/cbkQ1S

CWRU000138