## Message

| | |
|---|---|
| From: | Jean Seneff [jean@case.edu] |
| Sent: | 4/20/2021 12:28:39 PM |
| To: | Darnell Parker [dtp29@case.edu] |
| Subject: | Fwd: Note taped in Woman's Restroom 165 |
| Attachments: | IMG_1069.jpg |

Hi Darnell,

I saw you in a meeting yesterday so I think you are still here! We found the attached note taped to one of the restroom stalls in Samson Pavilion/HEC.

I'm not sure what the process is for me to report this and if I just report to you or if I also need to report to any other department such as student affairs of campus police.

Please let me know - thank you!

Jean

Jean Seneff, MSPOD
Director of Academic Administration
Office of Interprofessional and Interdisciplinary Education and Research
Chair, Staff Advisory Council

Health Education Campus of Case Western Reserve University and Cleveland Clinic
P 216.368.5027
C 330.410.3399
Website: case.edu/ipe



---------- Forwarded message ---------
From: **Vazquez, Melissa @ Cleveland** <Melissa.Vazquez@cbre.com>
Date: Tue, Apr 20, 2021 at 11:20 AM
Subject: Note taped in Woman's Restroom 165
To: Jean Seneff <jean@case.edu>
Cc: Schlappal, Robert @ Independence <Robert.Schlappal@cbre.com>

Hi Jean,

JSI removed a note (attached) from the mirror in the woman's restroom on the first floor (165). I have the note if you would like for me to take it to your office.

Thank you,

Melissa I Vazquez | Campus Experience Manager
CBRE | Global Workplace Solutions
Health Education Campus of Case Western Reserve University and Cleveland Clinic
9501 Euclid Avenue
Cleveland, Ohio 44106
C +1 216 210 9984

Melissa.Vazquez@cbre.com | HEC website

Health Education Campus – For Facilities and Space Requests | Click Here
Health Education Campus – Facilities Management Help Desk | 855.240.0142
For Emergencies | Call CWRU Police at 216.368.3333

Follow CBRE: CBRE.com | LinkedIn | Twitter | Instagram | Facebook | Google+ | Weibo




*Please consider the environment before printing this email.*

This email may contain information that is confidential or attorney-client privileged and may constitute inside information. The contents of this email are intended only for the recipient(s) listed above. If you are not the intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. If you have received this email in error, please notify the sender immediately and delete the transmission. Delivery of this message is not intended to waive any applicable privileges.

1st Year Med Student **John Noakes** is a RAPIST!

Why is he still here?!

Share and seek justice.

facebook.com/**John Noakes**

CWRU000445