> On Wed, Apr 21, 2021 at 4:57 PM Molly Simmons <mag167@case.edu> wrote:
> Good afternoon,
>
> We are reaching out to you because you expressed concern about gender-based harassment and/or violence in a recent social media post that relates to conflict in the M1 class. We would like to offer an open meeting for you to express your concerns and give you some insight into
> the CWRU Title IX process.
>
> We want to make sure that we are listening and fully understand your concerns. This meeting will be facilitated by SOM Student Affairs (Steven Ricanati, MD) and the CWRU Flora Stone
> Mather Center for Women (Angela Clark-Taylor, PhD).
>
> The meeting will be held on **Monday, April 26 at 5PM** via Zoom. If you are interested in attending, please respond to Molly Simmons (mag167@case.edu) so that meeting information can be shared with you.
>
> At this meeting, we will use the following agenda:
> 1) Listening to student concerns
> 2) Clarifying the CWRU Title IX process
> 3) Identify potential action items
>
> You are welcome to share this invitation with other students who may be interested in attending.

Thank you,
Steven Ricanati, MD
Angela Clark-Taylor, PhD


--
Molly Simmons
Administrative Director
Office of Student Affairs
CWRU School of Medicine
Samson Pavilion, Room 413F
10900 Euclid Avenue
Cleveland, OH 44106-7508
Phone: 216.368.2831
Fax: 216.368.0564
Web: case.edu/medicine/students/student-affairs

**CHECK OUT OUR STUDENT COVID-19 RESOURCE WEBSITE**

Like the Society Deans on Facebook

Planning for Residency? https://goo.gl/cbkQ1S

CWRU000233