| | |
|---|---|
| **Message** | |
| From: | Greenfield, Marjorie [Marjorie.Greenfield@UHhospitals.org] |
| Sent: | 4/21/2021 12:44:40 PM |
| To: | Steven Ricanati [sxr18@case.edu] |
| Subject: | Re: Draft email to John Noakes |

just to put it into my voice

Hi John Noakes
Dr. Ricanati has asked me to serve as your interim Society Dean. I recognize that you are going through a difficult time and I am here to support you.

Two early concerns were filed concerning the Groupme post under your name. I am sorry we are having our first interaction over a professionalism Early Concern but that is the situation we are in.

As part of our early concern process, it is the job of the society dean to contact the student for their perspective. The student's perspective is then provided to the professionalism working group which decides how to proceed from there.

These are the sorts of questions I will ask if you and I meet by zoom, or feel free to supply your answers in writing.

1) What were your goals behind writing the Groupme post?
2) Was have you observed to be the outcome? Is it what you intended?
3) How might your post affect teaching and learning in teams at the school of medicine?
4) Please reflect on the decision to post, and alternative ways you could have handled the situation.

Nastasia keeps my calendar and will help us find a mutually convenient time if you want to meet live (societydeans@case.edu). Emailing me your responses is fine if you prefer.

Please respond by Monday 4/26.

Regards,
MG



# Marjorie Greenfield MD
Professor, Obstetrics and Gynecology
Career Development and Advancement Officer
University Hospitals Cleveland Medical Center
Assistant Dean for Student Affairs
Case Western Reserve University School of Medicine
11100 Euclid Avenue
Cleveland Ohio 44106
Ph 216 844-1280 option 1
Fax 216 844-3348
Author of *The Working Woman's Pregnancy Book*
*Confidential Quality Assurance Peer Review Report Privileged Pursuant to O.R.C. Sections 2305.24, 2305.25, 2305.251 and 2305.252*

**From:** Steven Ricanati <sxr18@case.edu>
**Sent:** Wednesday, April 21, 2021 11:34 AM
**To:** Greenfield, Marjorie
**Subject:** Draft email to John Noakes

External E-mail: Careful opening links or attachments.

Marjorie,
Please comment.
SR

Dear John Noakes
Dr. Ricanati has alerted me that I will serve as your interim Society Dean. I recognize that you are going through a difficult time and I want to support you.
It is hard for us to have our first interaction over an Early Concern but that is the situation we are in. Two early concerns were filed concerning your Groupme post. As part of our professionalism process, it is the job of the society dean to contact you for your perspective. The dean routinely asks the following questions:
1) What did you hope to accomplish with your Groupme post?
2) Was the outcome what you intended?
3) How does your post affect teaching and learning in teams at the school of medicine?
4) Is there a different way for you to have handled this situation?

You are free to answer these questions in writing or in a one on one discussion with myself.
Please respond by Monday 4/26. Your responses will be made available to the professionalism working group which meets on 4/27.

Regards,
Dr. MG



--
Steven Ricanati, MD, FACP
Associate Dean for Student Affairs
Dean, Joseph Wearn Society
Associate Professor of Medicine

Case Western Reserve School of Medicine
Samson Pavilion RM 419c
10900 Euclid Ave
Cleveland, OH 44106-7508
Pager 216.207.2284

Preferred pronouns: he/him/his
Scheduling: societydeans@case.edu, 216-368-3164
Director of Operations: Molly Gillahan 216-368-2831
Drop-in Office Hours: Mondays 4-5pm, Wednesdays 8:30-9:30am
Planning for Residency? https://goo.gl/cbkQ1S