# Class Survey

The Class of 2024 is gauging levels of concern regarding gender-based violence and unprofessionalism. Many individuals have come forward singularly, and this form intends to create a centralized space for students to voice their concerns, so we can work with administration to create a safer school environment. Please respond to the statements below.

[redacted email] Switch account

At this time, I have concerns about coming into scheduled curricular activities with XXXXXXXX (i.e. IQ, TBL, Communication Workshops, Physical Diagnosis, etc.)

○ Yes

○ No

○ Need more information to decide

At this time, if XXXXXXXX remains in the School of Medicine as a medical student, I will prefer to not be scheduled in future activities with him (i.e. IQ, TBL, Communication Workshops, Physical Diagnosis, etc.).

○ Yes

○ No

○ Need more information to decide

**Early Concerns Form**

If you have concerns, according to the Student Handbook, "We take a quality improvement approach to professional behaviors – students are learning professional behaviors and how to maintain them under stressful conditions in the profession of medicine. We have included an Early Concerns component to the curriculum so that concerns – small or big - can be identified at early stages and assistance provided. This component builds upon similar programs at other medical schools and upon recommendations by focus groups of CWRU SOM students. Professional relationships and behaviors and their lapses can occur across a broad range of interactions and venues – with peers, with faculty, with staff; in class, in offices, in hospitals, in clinics, in personal interactions, etc." The form can be found here.
https://docs.google.com/forms/d/e/1FAIpQLScvCGhU5HNguvbVYSJZvRI3VxF9ondupZ-cnmfAF4dVxiJ5wA/viewform?formkey=dHM5WktpYlhCM1NnQzdFMy1CeEZrYmc6MQ

Submit                                                                                                                    Clear form

This form was created outside of your domain. Report Abuse - Terms of Service - Privacy Policy

Google Forms