5/6/2021             Petition to CWRU School of Medicine

# Petition to CWRU School of Medicine

We, the undersigned, are calling for the expulsion of MS1 JOHN NOAKES from the class of 2024.

Professionalism is one of the 9 core competencies in the Case Western Reserve University School of Medicine WR2 curriculum, and we believe that JOHN NOAKES has violated the standards of professionalism, civic decency, and integrity that are set forward as prerequisites for a career as a physician. We are calling for JOHN NOAKESs' expulsion from the CWRU School of Medicine for the following reasons:

1. JOHN NOAKES has been accused of sexual harassment and gender-based violence.
2. He has exhibited unprofessional use of social media in forums that include the medical school class of 2024, and upperclassmen and faculty members in the School of Medicine. These behaviors include: breach of confidentiality and privacy of peers, intimidation, implicit threat of future abuse, and gloating.
3. There have been complaints of him demonstrating narcissistic personality traits in small groups across the school — reports of comments that devalue the contributions of his peers, reports of gloating over others, and reports of lack of empathy and remorse.

It is our belief that JOHN NOAKES' actions have created an unsafe and hostile educational atmosphere for the class of 2024. Students have expressed that both their actual and perceived safety — physical, mental, and otherwise — has been compromised. A career in medicine is grounded in the utmost highest standards of professionalism and integrity. Sexual harassment, gender-based violence, abuse of social media, and intimidation cannot be tolerated. If CWRU School of Medicine allows JOHN NOAKES to remain a medical student, the school's inaction perpetuates an unsafe and unprofessional environment that ultimately jeopardizes the safety of his future patients and colleagues. The School of Medicine ought to take clear and decisive action by expelling JOHN NOAKES.

**Name**

Your answer



CWRU000234

5/6/2021 | Petition to CWRU School of Medicine

Affiliation (e.g. CWRU School of Medicine; CWRU Class of 2015; sibling of current student)

Your answer

Submit

Never submit passwords through Google Forms.

This content is neither created nor endorsed by Google. Report Abuse - Terms of Service - Privacy Policy

Google Forms

CWRU000235