| | |
|---|---|
| Message | |
| From: | John Noakes |
| Sent: | 4/26/2021 2:23:11 PM |
| To: | Greenfield, Marjorie [Marjorie.Greenfield@uhhospitals.org] |
| CC: | Anne Tamashasky [tamashasky@engelandmartin.com]; Steven Ricanati [Steven.Ricanati@case.edu]; Lia Logio [lxl789@case.edu] |
| Subject: | Re: Early Concern |

Good afternoon,

I am emailing to express my concern that Dr. Ricanati has been forwarded my email regarding this ongoing retaliatory activity.

I have already expressed my concern with his ongoing involvement in this matter, and he is currently a respondent in a Title IX retaliation claim that I have filed, and he has already abdicated his involvement in this situation via his assignment of Dr. Greenfield as my interim society dean. It is therefore inappropriate that his involvement is continued in this matter.

Respectfully,

John Noakes

On Mon, Apr 26, 2021 at 11:28 AM Greenfield, Marjorie <Marjorie.Greenfield@uhhospitals.org> wrote:

Hi John Noakes

Thank you for letting me know your decision and thought process.

Forwarding to Dr. Ricanati and Dr. Logio.

MG

**Marjorie Greenfield MD**
Professor, Obstetrics and Gynecology
Career Development and Advancement Officer
University Hospitals Cleveland Medical Center
Assistant Dean for Student Affairs
Case Western Reserve University School of Medicine
11100 Euclid Avenue
Cleveland Ohio 44106
Ph 216 844-1280 option 1
Fax 216 844-3348
Author of *The Working Woman's Pregnancy Book*
*Confidential Quality Assurance Peer Review Report Privileged Pursuant to O.R.C. Sections 2305.24, 2305.25, 2305.251 and 2305.252*

---

**From:** John Noakes
**Sent:** Monday, April 26, 2021 9:55 AM
**To:** Greenfield, Marjorie; Anne Tamashasky
**Subject:** RE: Early Concern

Good morning, Dr. Greenfield.

I have thought about our discussion on Friday and the questions provided to me, and I have found that this PWG process which is secondary to the Early Concern reports is retaliatory in nature, morally wrong, unjust, legally actionable, and frankly inappropriate to continue. I have decided not to cooperate any further in this process, as it is demonstrable retaliation for a situation I have been embroiled in for 6 months.

Thank you for your understanding.

--
**John Noakes**
*MD Candidate*
*Class of 2024*
*CWRU SOM*

Visit us at www.UHhospitals.org.

The enclosed information is STRICTLY CONFIDENTIAL and is intended for the use of the addressee only. University Hospitals and its affiliates disclaim any responsibility for unauthorized disclosure of this information to anyone other than the addressee.

Federal and Ohio law protect patient medical information, including psychiatric_disorders, (H.I.V) test results, A.I.Ds-related conditions, alcohol, and/or drug_dependence or abuse disclosed in this email. Federal regulation (42 CFR Part 2) and Ohio Revised Code section 5122.31 and 3701.243 prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.