



CWRU000634