Message
_____

**From:**     Molly Simmons [mag167@case.edu]
**Sent:**     6/15/2021 6:50:09 PM
**To:**       Steven Ricanati [sxr18@case.edu]
**Subject:**  Mistreatment-- Forgot to ask you

Steve,
I forgot to ask you earlier-- I have two mistreatment reports that I've been sitting on because they're not really mistreatment. How do you want to handle this? Turf to PWG?

Let me know, the two reports are below.
Thanks


--
There have been several instances in the class groupme, and a few in IQ of students publicly belittling or humiliating John Noakes as well as instances of opening ignoring him and excluding him from groups. I would not make any claim for or against the reasons my classmates have for their behaviors, but their behaviors certainly seem to fall under these categories of mistreatment and neglect.


--

# Redacted

--
Molly Simmons
Administrative Director
Office of Student Affairs
CWRU School of Medicine
Samson Pavilion, Room 413F
10900 Euclid Avenue
Cleveland, OH 44106-7508
Phone: 216.368.2831
Fax: 216.368.0564
Web: case.edu/medicine/students/student-affairs


Like the Society Deans on Facebook

CONFIDENTIAL