Message

| | |
|---|---|
| From: | Greenfield, Marjorie [Marjorie.Greenfield@UHhospitals.org] |
| Sent: | 8/2/2021 5:12:54 PM |
| To: | John Noakes |
| Subject: | Re: LoA Decision |

Hi John Noakes

I am sorry to hear that. It seemed like a great opportunity! With a side effect of a win-win that would buy some time for your class to cool off, and would naturally separate you from Jane Roe and other people who may be distressed) in all educational settings.

If people are advising not to do it because it seems like "caving" or like admitting something, I would totally disagree. You have a terrific opportunity, AND we can't predict how inflamed the class still is. Another year might make a positive difference in your experience of M2. A fresh start.

But of course it is your call.

See you in a week unless I hear otherwise.

MG

## Marjorie Greenfield MD

Professor, Obstetrics and Gynecology
Career Development and Advancement Officer
University Hospitals Cleveland Medical Center
Assistant Dean for Student Affairs
Case Western Reserve University School of Medicine
11100 Euclid Avenue
Cleveland Ohio 44106
Ph 216 844-1280 option 1
Fax 216 844-3348
Author of *The Working Woman's Pregnancy Book*
*Confidential Quality Assurance Peer Review Report Privileged Pursuant to O.R.C. Sections 2305.24, 2305.25, 2305.251 and 2305.252*

---

**From:** John Noakes
**Sent:** Monday, August 2, 2021 4:30 PM
**To:** Greenfield, Marjorie; Marjorie Greenfield; Siu Yan Scott; Som-Registrar
**Subject:** LoA Decision

Good afternoon!

After much thought, consideration, conversations with several individuals from the SOM faculty, as well as a lengthy discussion of the events of the past year with my parents, I have decided that it is not in my best interest to take this next year off from my curriculum.

Please let me know if there is anything I need to do in order to maximally experience my M2 year.

Thank you very much for your assistance,