

Office of Student Affairs and
the Academic Societies

Euclid Avenue
Cleveland, OH 44106-7508

Visitors and Deliveries
Samson Pavilion Room 411

Phone: 216.368.3164

August 15, 2021

Mr. John Noakes
Redacted

### NOTICE OF REFERRAL TO THE COMMITTEE ON STUDENTS

Dear John Noakes

On **Thursday, August 19, 2021**, you are being brought to the Committee on Students for the following reason:

Update on progress to the Committee on Students

At the meeting, the Committee will review your progress in medical school and may issue sanctions including, but not limited to, the following:

- Individualized remediation program
- Repeating a course
- Taking a leave of absence
- Dismissal

Any information you wish to submit in response to this referral, including documents and witness statements, must be submitted in writing before the meeting (12:00 pm on the day of the meeting).

By **2:45PM on Thursday, August 19, 2021**, please plan to be available for a Zoom conference call with the Committee. The Committee may ask you to be present and / or to participate in the meeting between 3:00PM and 5:00PM. A Zoom meeting link is below; you will be prompted when to enter the meeting by text message, **please do not attempt to enter the meeting until prompted.** Additional information about the Committee on Students can be found in the Student Handbook.

To join the meeting: https://cwru.zoom.us/j/422850307?pwd=V2FaQjFvdDdFWkNLeWVtSG9NOHB5UT09
Password: COS

Student Signature: _____

Society Dean Signature: _____

Date: _____