SCHOOL OF MEDICINE

## CASE WESTERN RESERVE
U N I V E R S I T Y

The Geiger Society

Case Western Reserve University

10900 Euclid Avenue
Cleveland, Ohio 44106-4915

Phone  216.368.3164
Fax  216.368.0564

www.case.edu

August 23, 2021

John Noakes

**Redacted**

Dear Mr. John Noakes

This letter is to inform you that a motion was unanimously passed at the Committee on Students
(COS) meeting held on August 19, 2021 stating the following:

> Mr. John Noakes *must continue with coaching for the remediation of professionalism*
> *lapses and present a new reflection at the November COS meeting.  The COS acknowledges*
> *that he has engaged in coaching since his initial presentation.*

Please do not hesitate to contact me if you have any questions.

Sincerely,

Marjorie Greenfield, MD
Assistant Dean for Student Affairs
Professor of Reproductive Biology
Dean, Geiger Society

KJJ