Phone Call Recording

Phone ringing.

Dr. Greenfield (DG):	Hello.

John Noakes (JN):	Hi there, Dr. Greenfield.  How are you doing?

DG:	I am ok.  How are you, [John]?

JN:	Uh, pretty good.  I'm uh doing this, like, coaching reflection that I, uhm, it actually got delayed tomorrow.  So, uhm, they have me, like, reflecting on the last meeting that we had.

DG:	Oh, ok.

JN:	Yeah.  Uhm…

DG:	The last meeting, the last meeting that you had with the coaches?

JN:	Yeah.  Yeah, yeah, with the coaches.  That was, I think, like, last Monday or something like that.  But they, you know, they, uhm, you know, we talked at length about, like, you know, accepting the situation and everything like that.  So, uhm, yeah, I'm just, I'm just doing that.  I'm guessing that, that's, this is the, you know, the follow-up meeting to our last, our last conversation.

DG:	Well, yes and no.  I mean, we didn't really schedule a follow-up meeting, but I heard some things today about some Tumblr thing.  Do you know anything about this?

JN:	Tumblr?

DG:	Tumblr.

JN:	I, no.  Is it like, I think, well actually you know what?  Gabe Forbes reached out to me yesterday and he's like, hey, you know, you must be going through, you know, really bad stuff.  I think he mentioned a Tumblr post, but I thought he was talking about, like, another petition to get me removed or something.

DG:	I mean, I haven't seen it.  But my understanding is, it includes screenshots of text messages between you and [Jane Roe] that came from your phone.

JN:	I, I

DG: I'm not saying you posted it, at all.

JN: No, I

DG: Uhm. I'm just saying that I, my understanding is that this is, what's the word, not quieting things down.

JN: Right. Yeah. No, absolutely. What do the text messages say?

DG: I don't know. I, I didn't read it. I don't, I haven't seen it. I haven't looked it up. I don't know what it is. I, and I, you know, I just want, I just, our last meeting we were, I was talking about the consideration of whether you wanted to step out and I am assuming that you're, you've decided not to step out based on the fact that I didn't hear anything back after that…

JN: Yeah, you know what Dr. Greenfield, I, you know, on that note I, you know, I considered like the MD-PhD route, but I don't know how, how realistic it is. Like, I, you know, I'm leaning towards like not taking a year off because in my opinion, like, it just, it would cause a lot more suffering than you know just, you know going through and finishing my M2 year at you know whatever it cost, plus, you know, I was thinking, like, you know, if, if I were to take a year off, like what would actually, you know, why, like, what would, what do I think would be worth taking a year off for. I think, you know, if it had to do something with like, you know, pursue, pursuits of like a dual degree or something like that. I'm not...

DG: Uh-huh.

JN: you know I'm not too interested in like taking a Master's in like Bioethics or anything like that. Just because I, you know, it's, it's, you know, like, maybe this is just my own pomposity, but like, I don't see like, you know, the difference between say you know studying philosophy for a year, ethics for a year, or just reading the text myself, you know, because I do that on my spare time anyways. But, have you, do you….

DG: [John], I'm not telling you what to do at all. I'm trying to think of ways out of what seems like an escalating situation that is, you know, this Tumblr thing is sort of yet another assault on [Jane Roe]. And, uhm,

JN: Who, can you, do you have the link?

DG: you may not have done it but somebody who's your friend who had your screenshots obviously did it. So, I'm just, I think what I'm trying to say is you know, how, what's your plan for de-escalating the situation? You know, you know, you need, I think you need to de-escalate and it's hard to de-escalate when somebody's aggravating you. But, you know, you need to not make your own Title IX report, you need to not keep sending

           pictures and texts of things that she's doing.  You need to just hunker down and do your own stuff if you're going to stay in the class.

JN:        The last, the last, I don't know, I mean I, I don't know who could have done it, honestly.  I mean, I shared it with a couple of people, but you know, nobody that's, you know, I figured would, you know would do anything like that.  I mean, I'm wondering, what did, do you have the link to the Tumblr post?

DG:       I don't.  I don't.  Uhm, and I'm not sure how to get it, but I'm sure I could get it for you, uhm, if you wanted to look at it.  Uhm, cause, you know, it kind of involves you, whether, regardless of whether you knew about it or not.

JN:        So, it's a person?  It's an assault on [Jane Roe]?  Like the Tumblr post?

DG:       Well, it, it's, you know, it's screenshots of text messages between you and her from your phone is my understanding.

JN:        I see.

DG:       And then, you know, things about her and her personality and things like that.

JN:        Geez.

DG:       So, it's, I mean, to me that's an assault on somebody, uhm, regardless of what you think about what she deserves.  That's what it sounds like.  And, you know, the thing, the only way out of this for you in terms of making this year go ok is in my mind is first choice, have you step in to a different class; second choice, have you just hunker down, do your thing, don't react, don't react to her, don't react to her friends, you know, do the Martin Luther King approach, you know, just turn the other cheek, don't take things, you know, don't, don't react and that seems like that only two ways to, in my assessment of the situation, to get through this year.

JN:        You know, I was, that's, you know, in lieu of coming up with a plan, because, and I think, I mean, if I have a plan for de-escalation or something like that, maybe that's something that's, I should try to, you know, figure out with, you know, others cause, you know I've been trying to think of a solution but you know based off the last conversation with me, Dr. Lambreeze and Casey Kay.  You know, we kind of, well they kind of told me and I agreed with them.  I don't know who introduced the idea, I could have honestly, you know the best approach is really just to, you know, accept the situation.  I mean, I told (inaudible) like, I was reading Eckhart Tolle like really early on, maybe in like February or March and everything like that and I completely agree with it as a philosophy, like it lays out in the power of now, like, you have to accept the situation otherwise it's just going to create more suffering than necessary.  Of course, very little suffering is actually necessary, so, you know Casey Kay, like she told me, you know the best, the best approach is like you

|      |      |
|------|------|
|      | know even if they act those ways like just put your emotional blinders on.  You know, so what I've been doing, like, you know, even today, you know, going to the lecture for research and everything like that, like, whenever I didn't have to listen to the lecture, like I would always have my earbuds in, or my air pods on like noise cancellation mode.  So, you know, I'm like looking at my phone, you know reading and everything like that, so, you know that last approach, I mean that's what I'm trying to do right now. |
| DG:  | Ok.  So, you're no longer making reports about her if she gets in your airspace? |
| JN:  | Well, I did ping Rachel Lutner.  I mean there's a lot of like Title IX stuff floating around.  There's just stuff, I mean, you know about the stuff with me and Dr. Ricanati.  And then she actually has a retaliation complaint out on me for the all glory and honor post and then the third one; I don't think Dr. Parker is still here, but there's, |
| DG:  | No. |
| JN:  | there's also a retaliation complaint out on him.  But, at this point I don't think anything can happen with that because, you know, frankly, he's at a different school.  But I did ping Rachel Lutner to move forward with my complaint from November. |
| DG:  | Well, I think it's ill-advised for you to be initiating. |
| JN:  | I see.  Uhm |
| DG:  | Even if the unfairness of the situation is galling, I think what's going to be in your interest is to not, is to just say I'm just going to accept it as it is.  I'm going to, like Casey Kay said, put your blinders on and just get through your day and try to disengage from this whole process as much as you can.  And try to get your friends to disengage from it too.  And whoever put that on Tumblr, needs to take it down. |
| JN:  | Yeah, I'm, you know, I want to read the thing because I might be able to tell who it was, like, I don't know if they have like a unique writing style or something like that. |
| DG:  | Mm-hmm. |
| JN:  | Or if like, I mean, I'm wondering if like for example like, you know, the gender of a person, like maybe you could tell whether it was a male or a female based off of what they wrote.  But, but with regards to the, I mean, I'm not sure, I'm not sure how I can stop the Title IX complaint that I have at this point.  I mean, the way the like, the way Anne told me, she said like, if you make a Title IX complaint, and then halfway through you withdraw, you know that could look really bad.  That could look seriously bad.  Because, even though, like what I'm saying |

DG: Wait a minute. You told me that you had not put the Title IX complaint in when we talked last week.

JN: Did I

DG: You were thinking about activating it, but you hadn't it.

JN: The

DG: Did you go ahead and activate it after our conversation?

JN: No, I think. Hold on. Let me see the date that I, that I emailed

DG: Hey, [John]. You're digging yourself a hole, honey.

JN: Rachel Lutner, hold on.

DG: I have seven minutes until I have to be in a meeting.

JN: Yeah, I'm sorry, I know that.

DG: I'm just arriving home.

JN: I know. I'm

DG: We may have to finish this conversation later.

JN: She, or I sent it on August 31st. I think our meeting was on September 1st or September 2nd. What do you think is going to happen if, like

DG: I don't know [John]. You know, I can't protect you. You know, you have to make a decision about how you're going to behave through this, and I think you are making some poor decisions. That's what I was trying to say when we met and maybe I didn't say it clearly enough. The only way that you are going to come out of this looking like you're not causing problems to other people, harming other people, is to stop reacting.

JN: I see.

DG: And I know it doesn't feel fair. I know you feel like you know that things aren't being done in a fair way, but I'm just talking from a practical sense, not from a tit for tat, not from a keeping score. I'm just talking from a practical sense. You know, how do you prove, how do you take the higher ground, the way you take the higher ground is to stop reacting.

JN: I see. Well,

DG: Does that make sense?

JN: That makes sense, you know, and I'm trying my best and I mean, I hear you Dr. Greenfield.

DG: Ok.  We'll have to finish.  I have to go in and sign on to the promotions committee.  We can finish this conversation later on this evening.  The meeting is supposed to go until 5:30 then I have a student meeting, but after that I will be free.  So, I'll text you when I get free and if you're free then we can have some more conversation.  Ok?

JN: Ok.  Thank you, Dr. Greenfield.

DG: Ok.  Alrighty.  I'll talk to you later.  Bye-bye.

JN: Bye-bye.