

Office of Student Affairs and
the Academic Societies

Euclid Avenue
Cleveland, OH 44106-7508

Visitors and Deliveries
Samson Pavilion Room 411

Phone: 216.368.3164

September 24, 2021



John Noakes

## NOTICE OF REFERRAL TO THE COMMITTEE ON STUDENTS

Dear John Noakes,

On **September 30, 2021**, you are being brought to the Committee on Students for the following reason:

> Unable to complete professionalism coaching

At the meeting, the Committee will review your progress in medical school and may issue sanctions including, but not limited to, the following:

- Individualized remediation program
- Repeating a course
- Taking a leave of absence
- Dismissal

Any information you wish to submit in response to this referral, including documents and witness statements, must be submitted in writing before the meeting (12:00 pm on the day of the meeting).

By **2:45PM on Thursday, September 30, 2021**, please plan to be available for a Zoom conference call with the Committee. The Committee may ask you to be present and / or to participate in the meeting between 3:00PM and 5:00PM. A Zoom meeting link is below; you will be prompted when to enter the meeting by text message, **please do not attempt to enter the meeting until prompted**. Additional information about the Committee on Students can be found in the Student Handbook.

To join the meeting: https://cwru.zoom.us/j/422850307?pwd=V2FaQjFvdDdFWkNLeWVtSG9NOHB5UT09
Password: COS

---

Student Signature: _____

Society Dean Signature: _____

Date: _____