**IT IS SO ORDERED.**

s/*Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN NOAKES, | ) | Case No. 1:21-cv-01776 |
| | ) | |
| Plaintiff, | ) | Judge Pamela A. Barker |
| | ) | |
| v. | ) | **DEFENDANT'S UNOPPOSED** |
| | ) | **MOTION FOR ECF 29-8, 29-9, 29-10,** |
| CASE WESTERN RESERVE UNIVERSITY, | ) | **29-20, 29-21, 29-23, 29-24, AND 29-27** |
| *et al.*, | ) | **TO BE PLACED UNDER SEAL** |
| | ) | |
| Defendants. | ) | |

On December 7, 2021, Plaintiff filed his Notice of Filing of Exhibits in Support of Motion for Preliminary Injunction [ECF 29], which contained copies of various exhibits and documents, including, for example, confidential submissions by non-party medical students as part of an internal School of Medicine process. Similar to the Tumblr posts, which Defendant moved to file under seal [ECF 13] and which this Court permitted to be filed under seal [ECF 14], in order to protect student identities and the integrity of the confidential processes within the School of Medicine,[1] and given the sensitive nature of the information contained in the records, Defendant respectfully requests that this Court place ECF 29-8 (April 15, 2021 Emails from Student), 29-9 (April 15, 2021 Emails from Student), 29-10 (April 16, 2021 Text from Student), 29-20 (Early Concerns), 29-21 (May 15, 2021 Text Messages), 29-23 (May 25, 2021 Email), 29-24 (May 26, 2021 Email), and 29-27 (August 3, 2021 Emails) under seal. The undersigned counsel conferred

---

[1] Even though student names are redacted, the nature of the communications/submissions and the language contained in these documents may reveal information about the identities of the student authors, and, these communications/submissions were sent by non-party students through confidential and internal School of Medicine processes, such as through Society Deans and Early Concerns Reporting processes.

1