**STANDARD**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| Plaintiff(s), | ) ) ) ) | Case No. |
| v. | ) ) | Judge Pamela A. Barker |
|  | ) ) ) ) | REPORT OF PARTIES' PLANNING MEETING UNDER FED. R. CIV. P. 26(f) AND LR 16.3(b)(3) |
| Defendant(s). | ) ) |  |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b)(3), a meeting was held on _____

   _____, and was attended by:

   _____counsel for plaintiff(s) _____

   _____counsel for plaintiff(s) _____

   _____counsel for defendant(s) _____

   _____counsel for defendant(s) _____

2. The parties:

\_\_\_\_ have exchanged the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the

Court's prior order;

\_\_\_\_ will exchange such disclosures by_____;

_____ have not been required to make initial disclosures.

3. The parties recommend the following track:

_____Expedited                _____Standard               _____Complex

_____Administrative           _____Mass Tort

4. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

_____Early Neutral Evaluation    _____Mediation              _____Arbitration

_____Summary Jury Trial          _____Summary Bench Trial

_____Case not suitable for ADR

5. The parties_____do/_____do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

6. Electronically Stored Information. The Parties: **(indicate one):**

_____ agree that there will be no discovery of electronically-stored information; or

_____ have agreed to a method for conducting discovery of electronically-stored information; or

_____ have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to Northern District of Ohio Local Rules).

7. Recommended Discovery Plan:

    (a) Describe the subjects on which discovery is to be sought and the nature and extent of discovery.

_____

_____

_____

    (b) Discovery cut-off date: _____

8. Recommended dispositive motion date: _____

9. Recommended expert discovery date: _____

    Expert report(s) by party initially seeking to introduce expert testimony recommended due date _____

    Responsive expert report(s) due date: _____

10. Recommended cut-off date for amending the pleadings and/or adding additional parties: _____

11. Recommended date for Status Hearing: _____

12. Other matters for the attention of the Court: _____

_____

_____

_____

Attorney for Plaintiff(s) _____

_____

Attorney for Plaintiff(s) _____

_____

Attorney for Defendant(s) _____

_____

Attorney for Defendant(s) _____