UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MINUTES OF PROCEEDINGS**            Date: March 16, 2022

                                                                  Case No.: 1:21-CV-1776-PAB

PAMELA A. BARKER            Court Reporter: None
United States District Judge

JOHN NOAKES,

v.

CASE WESTERN   RESERVE UNIVERSITY

APPEARANCES:            For Plaintiff:            Joshua Engel and Anne L. Tamashasky

                           For Defendant:            Amanda Quan

PROCEEDINGS  Case Management Conference conducted.  Separate Case Management Conference Order to issue.

Time:  17 minutes            s/Kim Perhacs
                                                                                   Courtroom Deputy Clerk