IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN NOAKES, | Case No. 1:21-cv-01776 |
| Plaintiff, | Judge Pamela A. Barker |
| v. | **DEFENDANT'S UNOPPOSED MOTION FOR 14-DAY LEAVE TO PLEAD** |
| CASE WESTERN RESERVE UNIVERSITY, | |
| Defendant. | |

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant Case Western Reserve University, by and through the undersigned counsel, respectfully requests that this Court grant it an additional fourteen (14) days, up to and including November 3, 2022, to respond to Plaintiff's Amended Complaint. This Motion is not interposed for purposes of delay, but rather to provide Defendant with adequate time to investigate all of the new factual allegations in the 192-paragraph Amended Complaint and prepare an appropriate response. The undersigned counsel discussed this Motion with Plaintiff's counsel, who indicated Plaintiff has no objections to the requested 14-day extension. Defendant has not requested any prior extensions as it relates to Plaintiff's Amended Complaint.

1

Respectfully submitted,

*/s/ Amanda T. Quan*
John Gerak (#0075431)
Amanda T. Quan (#0086623)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
127 Public Square
4100 Key Tower
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
john.gerak@ogletree.com
amanda.quan@ogletree.com

*Attorneys for Defendant Case Western Reserve University*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2022, a copy of the foregoing *Defendant's Unopposed Motion for 14-Day Leave to Plead* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Amanda T. Quan*
*One of the Attorneys for Defendant*