IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES | Case No. 1:21-cv-1776-PAB |
| Plaintiff | Judge: BARKER |
| v. | ORDER TO SHOW CAUSE |
| CASE WESTERN RESERVE UNIVERSITY, | |
| Defendant | |

This matter came before the Court on a Motion, pursuant to Fed. R. Civ. Proc. 45, of Plaintiff John Noakes for an Order of this Court for a witness, Jane Roe, to appear and show cause why she should not be held in contempt for failure to comply with a subpoena. For good cause shown, the Motion will be GRANTED.

The witness identified as Jane Roe in the Amended Complaint shall, on _____, 2022 at _____, appear and show cause why she should not be held in contempt for failure to comply with a subpoena. At that hearing, the Court will consider whether to order Jane Roe to surrender her electronic devices for a forensic examination.

Prior to the hearing, Jane Roe shall preserve all evidence that is the subject of the subpoena. This Order binds: Jane Roe following actual notice; her agents, servants, employees, and attorneys; and any other persons who are in active concert or participation with Jane Roe.

SO ORDERED.

_____
JUDGE
UNITED STATES DISTRICT COURT