IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| JOHN NOAKES, | ) | |
|    Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. 1:21-cv-1776-PAB |
| CASE WESTERN RESERVE | ) | |
| UNIVERSITY, | ) | The Hon. Pamela Barker |
|    Defendant. | ) | |

**ORDER**

This matter come before the Court on a Motion of Non-Party Witness Jane Roe's Agreed Motion for Extension of Time to Respond to Plaintiff's Motion for Rule to Show Cause. Non-Party Jane Roe's Agreed Motion for Extension of Time is GRANTED. Non-Party Jane Roe shall file her Response to Plaintiff's Motion for Rule to Show Cause on or before December 20, 2022.

**SO ORDERED**

**Dated:**


               _____
               **Honorable Pamela Barker**
               **United States District Judge**