IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES, ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 1:21-cv-1776-PAB |
| CASE WESTERN RESERVE ) | |
| UNIVERSITY, ) | The Hon. Pamela Barker |
| Defendant. ) | |

**ORDER**

This matter come before the Court on a Motion of Non-Party Witness Jane Roe's Agreed Motion for Extension of Time to Respond to Plaintiff's Motion for Rule to Show Cause. Non-Party Jane Roe's Agreed Motion for Extension of Time is GRANTED.  Non-Party Jane Roe shall file her Response to Plaintiff's Motion for Rule to Show Cause on or before December 20, 2022.

**SO ORDERED**

**Dated:**

_____ 11/29/2022
**Honorable Pamela Barker**
**United States District Judge**