# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES<br><br>Plaintiff<br><br>v.<br><br>CASE WESTERN RESERVE UNIVERSITY,<br><br>Defendant | Case No. 1:21-cv-1776-PAB<br><br>Judge: BARKER<br><br>NOTICE OF FILING OF POSITION PAPER ON PROPOSED FERPA PROTECTIVE ORDER |

Plaintiff herby provides notice of the submission of the accompanying Position Paper in accordance with the Court's Discovery Dispute Standing Order. This Position Paper is intended to address the issue surrounding a proposed protective order.

Respectfully submitted,

/s/ Joshua Engel
Joshua Adam Engel (0075769)
Anne Tamashasky (0064393)
ENGEL AND MARTIN, LLC
4660 Duke Dr., Suite 101
Mason, OH 45040
(513) 445-9600
engel@engelandmartin.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Courts ECF system this December 2, 2022 upon all counsel of record. I further certify that a copy was served on Jane Roe by email.

/s/ Joshua Adam Engel
Joshua Adam Engel (0075769)

1