IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN NOAKES, | ) | Case No. 1:21-cv-01776 |
| | ) | |
| Plaintiff, | ) | Judge Pamela A. Barker |
| | ) | |
| v. | ) | **DEFENDANT CASE WESTERN RESERVE UNIVERSITY'S STATUS REPORT AND NOTICE OF WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER AND/OR MOTION TO QUASH OR MODIFY, IN PART, THIRD-PARTY SUBPOENAS ISSUED TO JANE ROE, STUDENT 1, STUDENT 2, STUDENT 3 AND BAKER & HOSTETLER** |
| CASE WESTERN RESERVE UNIVERSITY, | ) | |
| Defendant. | ) | |

Pursuant to this Court's December 9, 2022 Order, Defendant Case Western Reserve University hereby submits its Status Report and Notice of Withdrawal of its Motion for Protective Order and/or Motion to Quash or Modify, in part, Third-Party Subpoenas Issued to Jane Roe, Student 1, Student 2, Student 3 and Baker & Hostetler (the "Motion"). Counsel for the parties conferred on December 14, 2022 and December 15, 2022 regarding this issue. In addition, counsel for Jane Roe, Student 1, Student 2, and Student 3 represented that all four of these students do not object to the production of documents related to the ongoing CWRU investigations. Accordingly, as the parties and affected students have reached a resolution, CWRU hereby files notice of its withdrawal of the Motion [Doc#46].

1

        Respectfully submitted,

        */s/ Amanda T. Quan*
        John Gerak (#0075431)
        Amanda T. Quan (#0086623)
        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
        127 Public Square
        4100 Key Tower
        Cleveland, OH 44114
        216.241.6100
        216.357.4733 (FAX)
        john.gerak@ogletree.com
        amanda.quan@ogletree.com

        *Attorneys for Defendant Case Western Reserve University*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15th, 2022, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Amanda T. Quan
*One of the Attorneys for Defendant*