IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES, ) | |
|       Plaintiff, ) | |
| v. ) | |
| ) | Case No. 1:21-cv-1776-PAB |
| CASE WESTERN RESERVE ) | |
| UNIVERSITY, ) | The Hon. Pamela Barker |
|       Defendant. ) | |

**STATUS REPORT ON PLAINTIFF'S MOTION FOR RULE TO SHOW CAUSE WITH RESPECT TO SUBPOENA ISSUED TO NON-PARTY JANE ROE AND RESPONSE TO MOTION**

Non-party Jane Roe, by and through her counsel, respectfully submits this status report and response regarding Plaintiff's Motion for Rule to Show Cause and to Order Forensic Examination of Devices ("Motion").

1. On December 19, 2022, Nancy Temple, counsel for non-party Jane Roe spoke to plaintiff's counsel Joshua Engel by telephone regarding this Motion. Plaintiff's counsel agreed to withdraw the Motion without prejudice during the telephone call and confirmed that withdrawal by email on December 19, 2022 (Ex. 1 hereto).

2. Because plaintiff's counsel is traveling out of town, plaintiff's counsel authorized counsel for non-party Jane Roe to file this Status Report.

3. On December 15, 2022, counsel for Jane Roe produced 790 documents responsive to the subpoena and will complete the production with a privilege log and any additional responsive documents by December 23, 2022.

1

4.  In light of the substantial production and the withdrawal of the Motion by plaintiff, non-party Jane Roe respectfully requests that this Motion be rendered moot.

## CONCLUSION

For the foregoing reasons, non-party Jane Roe respectfully requests that the Court determine that Plaintiff's Motion for Rule to Show Cause and for Forensic Examination is moot.

December 20, 2022                                       Respectfully submitted,

Nancy A. Temple                                         */s/ Nancy A. Temple*
Katten & Temple, LLP                                    Nancy A. Temple, Attorney for Non-party
209 S. LaSalle Street, Suite 950                        Jane Roe
Chicago, IL 60604
(312) 663-0800
ntemple@kattentemple.com

CERTIFICATE OF SERVICE

     I hereby certify that the foregoing Status Report Regarding Plaintiff's Motion for Rule to Show Cause on Subpoena Issued to Non-party Jane Roe and Response to Motion were served on all counsel of record via the ECF electronic filing system on December 20, 2022.

                                      Nancy A. Temple
                                      */s/ Nancy A. Temple*
Katten & Temple, LLP          Nancy A. Temple, Attorney for Non-party
209 S. LaSalle Street, Suite 950    Jane Roe
Chicago, IL 60604
(312) 663-0800
ntemple@kattentemple.com