From: **Joshua Adam Engel** <engel@engelandmartin.com>
Date: Mon, Dec 19, 2022 at 7:59 PM
Subject: Re: Noakes v. CWRU
To: Nancy Temple <ntemple@kattentemple.com>

Thanks

The only clarification would be that the motion is withdrawn without prejudice.

_____
Joshua A Engel
614-535-6753 (mobile)

On Dec 19, 2022, at 4:21 PM, Nancy Temple <ntemple@kattentemple.com> wrote:

Joshua,
As discussed, I propose to file a Joint Status Report tomorrow regarding your Motion for Rule to Show Cause stating the following:
1. Nonparty Jane Roe has produced approximately 900 pages of documents and is preparing a privilege log and reviewing additional materials and plans to complete that production by December 23, 2022.
2. Based on the production and discussions between plaintiff's counsel and counsel for Jane Roe on December 19, 2022, plaintiff agrees that his Motion for Rule to Show Cause is withdrawn at this time.

Let me know if that works.  Thanks.

I should have the rest of the materials from the other nonparties for you this week and thank you for that professional courtesy.

Nancy A. Temple
Katten & Temple, LLP
The Rookery Building
209 S. LaSalle Street, Suite 950
Chicago, IL 60604
(312) 663-0800
(312) 663-4456 (direct)
(773) 294-1448 (cell)