IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN NOAKES, | Case No. 1:21-cv-1776-PAB |
| Plaintiff, | Judge: BARKER |
| v. | JOINT MOTION TO RESET CASE SCHEDULE |
| CASE WESTERN RESERVE UNIVERSITY, | |
| Defendant. | |

Plaintiff John Noakes and Defendant Case Western Reserve University respectfully submit this Joint Motion to Reset the Case Schedule.

As grounds for this Motion, the Parties state:

The Parties require further time to complete discovery, including additional production of documents by Defendant in accordance with the Court's Discovery Order (Doc#56.) The Parties, therefore, having conferred, request that the Court set the following revised schedule for the resolution of this litigation:

- Recommended fact discovery cut-off date: March 31, 2023

- Recommended dispositive motion date: July 31, 2023

- Recommended expert discovery date: June 30, 2023

- Expert report(s) by party initially seeking to introduce expert testimony recommended due date: April 28, 2023; Responsive expert report(s) due date: May 31, 2023

1

FOR PLAINTIFF:

    /s/ Joshua Engel
Joshua Adam Engel (0075769)
Anne Tamashasky (0064393)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

FOR DEFENDANT:

    /s/ Amanda Quan
John Gerak (#0075431)
Amanda T. Quan (#0086623)
OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.
127 Public Square
4100 Key Tower
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
john.gerak@ogletree.com
amanda.quan@ogletree.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's ECF system this January 6, 2023 upon all counsel of record.

/s/ Joshua Engel
Joshua Engel