It is so STIPULATED.

s/Pamela A. Barker
PAMELA A. BARKER
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN NOAKES, | ) | Case No. 1:21-cv-01776 |
| | ) | |
| Plaintiff, | ) | Judge Pamela A. Barker |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| CASE WESTERN RESERVE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff John Noakes and Defendant Case Western Reserve University, by and through their undersigned counsel, hereby stipulate that all claims asserted in this matter against Case Western Reserve University shall be and hereby are dismissed with prejudice, each party to bear his or its own fees and costs, except that Defendant will pay any outstanding court costs assessed by the Clerk of Courts in connection with this lawsuit.

Respectfully submitted,

*/s/ Joshua Adam Engel (via email authorization)*
Joshua Adam Engel (0075769)
Anne Tamashasky (0064393)
Engel and Martin, LLC
4660 Duke Drive, Suite 101
Mason, ohio 45040
513.445.9600
514.492.8989 (FAX)
engel@engelandmartin.com

*Attorneys for Plaintiff John Noakes*

*/s/ Amanda T. Quan*
John Gerak (#0075431)
Amanda T. Quan (#0086623)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
127 Public Square
4100 Key Tower
Cleveland, OH 44114
216.241.6100
216.357.4733 (FAX)
john.gerak@ogletree.com
amanda.quan@ogletree.com

*Attorneys for Defendant Case Western Reserve University*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2023, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<em>/s/ Amanda T. Quan</em><br><em>One of the Attorneys for Defendant</em>